[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12126

_____

D.C. Docket No. 1:15-cv-03112-TWT

RICHARD HOUSTON,

Plaintiff-Appellant,

versus

CITY OF ATLANTA,

Defendant-Appellee,

SGT. MICHELLE MCKENZIE,
in Her Individual Capacity,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 24, 2018)

Before TJOFLAT and JORDAN, Circuit Judges, and HUCK,* District Judge.

PER CURIAM :

---

* Honorable Paul C. Huck, United States District Judge for the Southern District of
Florida, sitting by designation.

The issues before us in this employment discrimination case are whether the District Court erred (1) in dismissing for failure to state a claim for relief Richard Houston's negligent supervision and retention claim against the City of Atlanta and his intentional infliction of emotional distress against Sgt. McKenzie, and (2) in granting summary judgment on his claim that the City retaliated against him for engaging in activity protected by the opposition clause of Title VII of the Civil Rights Act of 1964, 42 U.S.C. (sec sign) 2000e-(3)(a).  After considering the parties' briefs and having the benefit of oral argument, we find no error in the District Court's rulings.

AFFIRMED.